JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EIMAX, LLC, a California Limited Liability Company; MICHAEL B. BUSHMAN TRUSTEE OF THE MICHAEL BUSHMAN SEPARATE TRUST, an Individual; and MICHAEL BUSHMAN, an Individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-06053-DDP-JPRx<br>District Judge: Hon. Dean D. Pregerson<br>Magistrate Judge: Hon Jean P. Rosenbluth<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: July 18, 2024<br>Trial Date: Not Set. |

Pursuant to the Stipulation for Dismissal of Entire Action with Prejudice ("Stipulation") filed by PLAINTIFF NAUTILUS INSURANCE COMPANY ("Nautilus") and Defendants EIMAX, LLC, MICHAEL B. BUSHMAN TRUSTEE OF THE MICHAEL BUSHMAN SEPARATE TRUST, AND MICHAEL BUSHMAN (collectively "Defendants"), the Court hereby finds as follows:

///

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

3892 105583 4856-2186-4676.v1

1         The Court hereby dismisses the entire action with prejudice with each side to

2    bear its own fees and costs in connection with this action.

3         IT IS SO ORDERED.

4

5    DATED: ~~February 12, 2025~~

6                                      Hon. Dean D. Pregerson
                                   United State District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

2

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

3892 105583 4856-2186-4676 .v1